**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RASHETA BUNTING, Individually and as the
representative of a class of similarly situated persons,

                                         Plaintiff,

Case No.   1:24-cv-6129-OEM-LKE

- against -

CLUB PILATES FRANCHISE, LLC and
XPONENTIAL FITNESS, INC.,

                                         Defendants.
-----------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Rasheta Bunting, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Club Pilates Franchise, LLC and XPonential Fitness, Inc.

Dated:  Scarsdale, New York
         February 27, 2025

                                        SHAKED LAW GOUP, P.C.
                                        Attorneys for Plaintiff

                         By:  */s/Dan Shaked*
                            Dan Shaked, Esq.
                            14 Harwood Court, Suite 415
                            Scarsdale, NY 10583
                            Tel. (917) 373-9128
                            e-mail: ShakedLawGroup@Gmail.com